Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lodging Enterprises, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | See Attached Exhiibit A. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2229343 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 8535 East 21st St. N. <br> Suite 250 <br> Wichita, KS 67206 <br> Number, Street, City, State & ZIP Code <br><br> Sedgwick <br> County | **Mailing address, if different from principal place of business** <br><br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://avanticlodgingenterprises.com/ | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Lodging Enterprises, LLC                                          Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

| Debtor | Lodging Enterprises, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?     Fire Alarm System

☒ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    See Attached Exhibit B

**Where is the property?**    See Attached Exihibit B

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.   Insurance agency    Marsh McLennan Agency

            Contact name    Chris Pelnick     chris.pelnick@marshmma.com

            Phone    919-459-8001

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Lodging Enterprises, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 25, 2024___
MM / DD / YYYY

**X** /s/ Tom Vukota            Tom Vukota
Signature of authorized representative of debtor     Printed name

Title ___President___

**18. Signature of attorney**

**X** /s/ Jonathan Margolies      Date ___June 25, 2024___
Signature of attorney for debtor            MM / DD / YYYY

Jonathan Margolies 70693 KS FED NO.
Printed name

Seigfreid Bingham
Firm name

2323 Grand Boulevard Suite 1000
Kansas City, MO 64108
Number, Street, City, State & ZIP Code

Contact phone ___(816) 265-4195___     Email address ___jmargolies@sb-kc.com___

70693 KS Federal
Bar number and State

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 4

Lodging Enterprises LLC - DBAs and Used Names in Past 8 Years

| PROPERTY | HOTEL          *hotel check in at diner |
|---|---|
| Alpine TX | Travelodge/*Penny's Diner-s |
| Belen NM | Travelodge / Penny's Diner-m |
| Bill (Douglas) WY | Travelodge /*Penny's Diner-s |
| Brunswick MD | Travelodge /*Penny's Diner-s |
| Buffalo NY | Baymont By Wyndham |
| Cheyenne WY | Travelodge /*Penny's Diner-s |
| Clinton IA | Travelodge |
| Coffeyville KS | Travelodge / Penny's Diner |
| Dexter MO | Travelodge / Penny's Diner-s |
| Dunsmuir CA | Travelodge/*Penny's Diner |
| Edgemont SD | Travelodge |
| Elko NV | Baymont By Wyndham |
| Fargo ND | Days Inn |
| Fremont NE | Baymont By Wyndham / Penny's Diner-s |
| Fort Scott KS | Travelodge /*Penny's Diner |
| Gillette WY | Travelodge |
| Glendive MT | Baymont By Wyndham /*Penny's Diner-s |
| Glenwood MN | Baymont By Wyndham /*Penny's Diner |
| Green River WY | Travelodge / Penny's Diner-m |
| Guernsey WY | Travelodge |
| Hearne TX | Baymont By Wyndham / Penny's Diner |
| Hermiston OR | Travelodge |
| Jefferson City MO | Travelodge |
| Lincoln NE | Super 8 |
| Livonia LA | Travelodge |
| Low Moor VA | Travelodge/*Penny's Diner-s |
| Marysville KS | Travelodge / Penny's Diner-s |
| McAlester OK | Travelodge |
| Milford UT | Travelodge /*Penny's Diner-s |
| Missouri Valley IA | Travelodge /*Penny's Diner |
| Morrill NE | Travelodge / Penny's Diner-s |
| Nashville TN | Super 8 Nashville Airport North |
| North Platte NE | Travelodge/ Penny's Diner-m |
| Pecos TX | Travelodge |
| Rawlins WY | Baymont By Wyndham /*Penny's Diner |
| Santa Teresa NM | Travelodge /*Penny's Diner |
| Sharon Springs KS | Travelodge /*Penny's Diner-s |
| Vaughn NM | Travelodge /*Penny's Diner-s |
| Wellington North KS | Travelodge / Penny's Diner-m |
| Wellington South KS | Baymont By Wyndham |
| Whitefish MT | Baymont By Wyndham |
| Winslow AZ | Travelodge |
| Yampa CO | Travelodge /*Penny's Diner |
| Yermo CA | Travelodge/ Penny's Diner-s |
| Yuma AZ | Travelodge / Penny's Diner-m |
| All Hotels | Oak Tree Inn |
| All Diners | Penny's Diner |
| Lodging Properties LLC | Real Estate in the AHIP REIT |
| IML Enterprises LLC | Folded into Lodging Enterprises LLC at purchase 11-27-2019 |
| IML Properties LLC | Folded into Lodging Enterprises LLC at purchase 11-27-2019 |
| Avantic Lodging Enterprises Inc | Manager for Lodging Enterprises LLC |
| TR Lodging Enterprises Inc | Manager for Lodging Enterprises LLC under AHIP ownership |

Other:

1. Travelodge by Wyndham and Penny's Diner Santa Teresa, NM – UPRR will not continue to house rail crews at this location until arsenic water filters are installed at the hotel and diner. Contract expires June 20, 2024. Once the system is installed UPRR will return to the negation table to discuss the contracts renewal.

Physically Secured & Protected from Weather:

1. Days Inn by Wyndham Fargo ND – exterior EFIS has reached end of life and allows snow/water penetration into the walls of the building. Infrared scan confirmed these findings.

2. Travelodge by Wyndham Pecos TX – hotel main roof received hail damage and now leaks when it rains. Insurance denied the claim due to the roof being 20+ years old

3. Travelodge by Wyndham Fort Scott, KS – hotel flat room over the lobby and diner now leaks when it rains

4. Penny's Diner Brunswick, MD – diner roof now leaks when it rains

5. Penny's Diner North Platte, NE – diner roof now leaks when it rains

6. Travelodge by Wyndham North Platte, NE – hotel main roof now leaks when it rains

7. Penny's Diner Fremont, NE – diner roof now leaks when it rains

8. Baymont by Wyndham Glendive, MT – hotel exterior siding damaged/and blown off during recent storms thus some exterior walls lack proper protection form the elements.

9. Baymont by Wyndham Elko, NV – exterior EFIS damage on the exterior of the building behind the gutter down spouts. From the roof line down to the ground level. When it rains additional damage occurs to the exterior skin of the building.

10. No functioning Security camera systems at the following locations:

  a. Travelodge by Wyndham Bill, WY
  b. Travelodge by Wyndham Yampa, CO
  c. Travelodge by Wyndham Morrill, NE
  d. Travelodge by Wyndham Missouri Valley, IA
  e. Travelodge by Wyndham Yuma, AZ
  f. Baymont by Wyndham Hearne, TX
  g. Travelodge by Wyndham Pecos TX
  h. Travelodge by Wyndham Gillettte, WY partial system is not functioning
  i. Travelodge by Wyndham Cheyenne, WY monitoring system has errors
  j. Travelodge by Wyndham Edgemont, SD monitoring system has errors