SO ORDERED.

SIGNED this 27th day of June, 2024.



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LODGING ENTERPRISES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-40423 |
| | ) | |

**ORDER GRANTING AMENDED APPLICATION FOR SCHEDULING OF
EMERGENCY HEARINGS ON "FIRST DAY" PLEADINGS**

THIS MATTER comes on Debtor's Amended Application for Scheduling of Emergency Hearings on "First Day" Pleadings and being fully advised in the premise,

THE COURT FINDS as follows:

1. Debtor filed its Chapter 11 Petition on June 26, 2024.

2. Pursuant to the Amended Application for Scheduling of Emergency Hearings or "First Day" Pleadings (the "Amended Application"), Debtor requests the Court to schedule "first day" emergency hearings on the following "First Day" pleadings:

2136947v1

a) Debtor's Motion For Interim And Final Orders (I) Authorizing The Debtor To Continue Performing Under The Management Agreement And Honor Obligations Related Thereto; And (II) Granting Related Relief (Doc #12);

b) Debtor's Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To (A) Continue To Operate Its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms; And (II) Granting Related Relief (Doc#13);

c) Emergency Motion Of The Debtor And Debtor In Possession For Entry Of Interim And Final Orders (I) Authorizing The Debtor To Use Cash Collateral, (II) Determining Adequate Protection, And (III) Granting Related Relief (Doc #14); and

d) Application for Determination of Adequate Assurance of Payment to Utility Providers (Doc #17)

(collectively, the "First Day Pleadings"). Debtor also filed the Declaration of Tom Wenner in Support of Chapter 11 Petition and First Day Pleadings (Doc#15)

3. Debtor asserts that expedited consideration of the First Day Pleadings is vital, indeed imperative, for the continuation of this case and Debtor's ability to maintain normal and stable business operations. Good cause exists to grant this Amended Application and schedule emergency hearings on the First Day Pleadings.

THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Amended Application is granted.

2136947v1

2. The Court will conduct telephonic hearings on the First Day Pleadings commencing on July 1, 2024 at 1:30 p.m. Parties may appear at the hearings by dialing (888) 363-4749, access code 7701720#.

####

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By: */s/ Jonathan A. Margolies*
Jonathan A. Margolies, MO #30770 (KS Fed #70693)
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: (816) 421-4460
F: (816) 474-3447
jmargolies@sb-kc.com
*ATTORNEYS FOR LODGING ENTERPRISES, LLC*

2136947v1

3
Case 24-40423    Doc# 25    Filed 06/27/24    Page 3 of 3