IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re | Chapter 11 |
| Lodging Enterprises, LLC | Case No. 24-40423 |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), K&L Gates LLP hereby enters its appearance on behalf of Travelodge Hotels, Inc., Baymont Franchise Systems, Inc., Days Inns Worldwide, Inc., and Super 8 Worldwide, Inc. (collectively, the "Franchisors") and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Jenny Bartos, Esq.
K&L Gates LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
Telephone: (816) 772-1387
Facsimile: (816) 447-9173
Email: Jenny.Bartos@klgates.com

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001
Email: daniel.eliades@klgates.com
David.catuogno@klgates.com

1

17186215.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, request, answers, replies, memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the Franchisors': (i) right to contest the subject matter or personal jurisdiction of this Court; (ii) right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (iv) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments to which the Franchisors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

2

17186215.1

Case 24-40423   Doc# 31   Filed 06/28/24   Page 2 of 5

Dated:   June 28, 2024				K&L Gates LLP

    /s/ Jenny Bartos
Jenny Bartos, Esq.
K&L Gates LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
Telephone:  (816) 772-1387
Facsimile:   (816) 447-9173
Email:  jenny.bartos@klgates.com

    /s/ Daniel M. Eliades
Daniel M. Eliades, Esq. (*pro hac vice* pending)
(N.J.D.C. No. DME-6203)
(NJ Bar #030851990)
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone:  (973) 848-4018
Facsimile:   (973) 848-4001
Email:  daniel.eliades@klgates.com

    /s/ David S. Catuogno
David S. Catuogno, Esq. (*pro hac vice* pending)
(N.J.D.C. No. DSC-1397)
(NJ Bar #040511990)
K&L Gates LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone:  (973) 848-4023
Facsimile:   (973) 848-4001
Email:  david.catuogno@klgates.com

*Attorneys for Travelodge Hotels, Inc., Baymont Franchise Systems, Inc., Days Inns Worldwide, Inc., and Super 8 Worldwide, Inc.*

17186215.1

## CERTIFICATE OF SERVICE

I certify that on June 28, 2024, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, District of Kansas, by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: June 28, 2024

By: /s/ Jenny Bartos
Jenny Bartos, Esq.
Jenny.bartos@klgates.com

4

17186215.1

<u>**SERVICE LIST**</u>

<u>Attorney for the Debtor</u>
Jonathan A. Margolies
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
**Via ECF**

<u>US Trustee</u>
United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**Via ECF**

<u>Attorney for Trustee</u>
Richard A. Kear
United States Trustee
301 N Main Street
Suite 1150
Wichita, KS 67202
**Via ECF**

5
17186215.1

Case 24-40423    Doc# 31    Filed 06/28/24    Page 5 of 5