**SO ORDERED.**

**SIGNED this 1st day of July, 2024.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**TOPEKA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LODGING ENTERPRISES, LLC, | ) | Case No. 24-40423 |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered the Motion for Leave to Appear Pro Hac Vice and for good cause shown, the Court finds that said motion should be sustained and that **David S. Catuogno** should be and hereby is admitted to practice in the United States Bankruptcy Court District of Kansas for purposes of this case only.

**IT IS SO ORDERED**

###

Submitted by:

By: */s/ Jenny E. Bartos*
      Jenny E. Bartos, Esq.
      K&L Gates LLP
      4900 Main Street, Suite 650
      Kansas City, MO 64112
      Telephone: 816-772-1387
      Facsimile: 816-447-9173
      Jenny.bartos@klgates.com