IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
LODGING ENTERPRISES, LLC, ) Chapter 11
)
Debtor. ) Case No. 24-40423
)

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., undersigned counsel moves for the admission of Jason Harbour to practice in the United States District Court for the District of Kansas for the sole purpose of representing Debtor Lodging Enterprises, LLC in this bankruptcy proceeding.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case to the extent required by the Court.

Pursuant to D. Kan. 83.5.4.(a), I have attached the required Affidavit in support of this Motion. I have verified that the information contained in the Affidavit is true and accurate.

Dated this 1st day of July, 2024.

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By: */s/ Jonathan A. Margolies*
Jonathan A. Margolies, MO #30770 (KS Fed #70693)
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: (816) 421-4460
F: (816) 474-3447
jmargolies@sb-kc.com
*ATTORNEYS FOR LODGING ENTERPRISES, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 1st day of July, 2024, a copy of the above and foregoing documents was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

                                            */s/ Jonathan A. Margolies*
                                            Attorney for Debtor

2138119v1

2

Case 24-40423   Doc# 46   Filed 07/01/24   Page 2 of 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **LODGING ENTERPRISES, LLC,** | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-40423 |
| | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Jason W. Harbour

2. I practice under the following firm name or letterhead:

   | | |
   |---|---|
   | Name: | Hunton Andrews Kurth LLP |
   | Address: | 951 East Byrd Street |
   | | Richmond, Virginia 23219 |
   | Telephone: | 804-788-7233 |
   | Email: | jharbour@huntonAK.com |

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state, or federal and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Virginia | November 2004 | 68220 |
| Delaware | March 2002 | 4176 |
| United States Court of Appeals for the Second Circuit | | |
| United States Court of Appeals for the Third Circuit | | |
| United States Court of Appeals for the Fourth Circuit | | |
| United States Court of Appeals for the Sixth Circuit | | |
| United States Bankruptcy Court for the Eastern District of Virginia | | |

2138124v1

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States Bankruptcy Court for the Western District of Virginia | | |
| United States Bankruptcy Court for the District of Delaware | | |
| United States District Court for the Eastern District of Virginia | | |
| United States District Court for the Western District of Virginia | | |
| United States District Court for the District of Delaware | | |
| United States District Court for the Northern District of Florida | | |
| United States District Court for the Southern District of Texas | | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule, I have engaged local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to the Motion for Leave to Appear *Pro Hac Vice*. I understand I will receive system-generated notices of electronic filing.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of July, 2024, at Richmond, VA.

_____
Name

2138124v1

3



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
Pro Hac Vice Electronic Filing
Registration Form

| | | | | | |
|---|---|---|---|---|---|
| Name: | Jason W. Harbour | | | | |
| Office: | Hunton Andrews Kurth LLP | | | | |
| Address: | 951 E. Byrd Street | | | | |
| Address: | Riverfront Plaza, East Tower | | | | |
| City: | Richmond | State: | VA | Zip: | 23219-4074 |
| Office Phone: | (804) 788-7233 | Ext.: | N/A | Fax: | (804) 788-8218 |

State Bar # __Va State Bar No. 68220__

Attorney's Internet E-mail Address: __jharbour@huntonAK.com__

Additional email addresses that should receive Notices of Electronic Filing: _____

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

July 1, 2024
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LODGING ENTERPRISES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-40423 |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

THIS MATTER comes on the Motion for Leave to Appear *Pro Hac Vice* (the "*Pro Hac Vice* Motion") and, for good cause shown, the Court finds that the *Pro Hac Vice* Motion should be sustained and that Jason Harbour should be and hereby is admitted to practice in the United States Bankruptcy Court for the District of Kansas for the purposes of this case only.

THEREFORE, IT IS HEREBY ORDERED that the *Pro Hac Vice* Motion is granted and Jason Harbour is admitted *Pro Hac Vice* solely for the above-captioned case.

2138125v1

####

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By: <u>*/s/ Jonathan A. Margolies*</u>
Jonathan A. Margolies, MO #30770 (KS Fed #70693)
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: (816) 421-4460
F: (816) 474-3447
jmargolies@sb-kc.com
*ATTORNEYS FOR LODGING ENTERPRISES, LLC*

2138125v1