U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
7/25/2024
Hon. Dale L. Somers, Presiding

01:30 PM Telephone hearing

___

Case Information:
    24-40423 Lodging Enterprises   Chapter: 11
Judge: DLS  Filed: 06/26/2024   Pln Confirmed:

___

Appearances:
- ✓ Jonathan A. Margolies representing Lodging Enterprises (Debtor)
- ✓ Jason Harbour representing Lodging Enterprises
- ✓ Brandon Bell representing Lodging Enterprises
- ✓ Richard A Kear, John Nemecek, Jordan Sickman representing U.S. Trustee
- ✓ Daniel Eliades, David Catuogno and Jennifer Bartos representing:
  - Baymont Franchise Systems, Inc.
  - Days Inns Worldwide, Inc.
  - Super 8 Worldwide, Inc.
  - Travelodge Hotels, Inc.
- ✓ Andrew Nazar, ✓ Donald Kirk, and ✓ David Gay representing:
  - Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of UBS Commercial Mortgage Trust 2019-C18, commercial Mortgage Pass-Through Certificates, Series 2019-C18 acting by and through Rialto Capital Advisors, LLC, as special servicer
- ✓ Shannon Wead and ✓ Benjamin Reeves representing American Hotel Income Properties REIT, Inc.
- R. Pete Smith representing VCM Lodging Enterprises, LP
- ✓ Peter Riggs, ✓ David Kurzweil, ✓ Shari Heyen, ✓ James Grogan, and ✓ Andrea Chase representing Unsecured Creditors' Committee:
  - American Hotel Income Properties/REIT LP, Travis Beatty CFO
  - Rub a Tub Tub, Erik Gonzales, Owner
  - Baymont Franchise Systems, Inc., Kelly Krug Asst Sec./VP of Litigation

___

Issue(s):
    **[28]**  Motion for Debtors Motion For Entry Of Order (I) Authorizing Payment Of (A) Prepetition Claims Of The Critical Vendors And (B) 503(B)(9) Claims; (II) Authorizing Financial Institutions To Honor And Process Related Checks And Transfers; And (III) Granting Related Relief Filed on behalf of Debtor Lodging Enterprises.
        [92] Objection by U.S. Trustee
        [95] Objection by Wilmington Trust, National Association

    **[64]**  Motion for DEBTORS APPLICATION FOR APPOINTMENT OF KROLL RESTRUCTURING ADMINISTRATION LLC AS CLAIMS, NOTICING AND SOLICITATION AGENT Filed on behalf of Debtor Lodging Enterprises.
        [88] Objection by U.S. Trustee

Courtroom Deputy: Mindy Senne
ECRO Reporter: Dana Colombo

      [93] Supplemental Objection by U.S. Trustee

**Final Hearing**    **[12]** Motion for Interim and Final Orders (I) Authorizing the Debtor to Continue Performing Under the Management Agreement and Honor Obligations Related Thereto: and (II) Granting Related Relief Filed on behalf of Debtor Lodging Enterprises (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C).
      [32] Objection by U.S. Trustee
      **[63] Interim Order filed 7/2/2024**
      [107] Objection by American Hotel Income Properties REIT, Inc

**Final Hearing**    **[13]** Emergency Motion for For Entry Of Interim And Final Orders (I) Authorizing The Debtor To (A) Continue To Operate Its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms; And (II) Granting Related Relief Filed on behalf of Debtor Lodging Enterprises.
      [33] Objection by U.S. Trustee
      **[61] Amended Interim Order filed 7/2/2024**
      [107] Objection by American Hotel Income Properties REIT, Inc

**Final Hearing**    **[14]** Emergency Motion to Use Cash Collateral. Emergency Motion Of The Debtor And Debtor In Possession For Entry Of Interim And Final Orders (I) Authorizing The Debtor To Use Cash Collateral, (II) Determining Adequate Protection, And (III) Granting Related Relief Filed on behalf of Debtor Lodging Enterprises.
      [34] Objection U.S. Trustee
      [43] Objection by Wilmington Trust, National Association
      **[62] Amended Interim Order filed 7/2/2024**
      [90] Objection by Wilmington Trust, National Association
      [107] Objection by American Hotel Income Properties REIT, Inc
      [115] Objection by Unsecured Creditors Committee

---

Notes/Decision: Parties announce they have agreed to a 2nd interim order extending 30 additional days with objection deadline set for 08/19/2024 and final hearings set 08/29/2024 at 10:00 am on [12] management agreement [14] Cash collateral motion. [13] Cash Management System motion, [28] Critical vendors motion, and [64] Kroll noticing and solicitation agent motion set for evidentiary hearing via Zoom on 07/29/2024 at 1:30 pm. [107] Objection of American Hotel Income Properties REIT Inc. to [13] Cash Management System motion to be resolved with clarifying agreed language as suggested by Court. Debtor's attorneys to issue agreed scheduling order.

---

Courtroom Deputy: Mindy Senne
ECRO Reporter: Dana Colombo