IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LODGING ENTERPRISES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-40423 |
| | ) | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Debtor's Motion for Entry of an Order (I) Authorizing (A) The Sale of Certain Real Property Free and Clear of Liens, Claims, and Encumbrances, and (B) The Debtor to Enter into and Perform Under the Purchase Agreement and (II) Granting Related Relief (Doc #134) filed on July 26, 2024 (the "Sale Motion") is set for hearing on August 15, 2024 at 1:00 p.m. before the Honorable Dale L. Somers, United States Courthouse, 444 S.E. Quincy, Room 210 Topeka, Kansas. The hearing will be conducted by telephone and parties may appear at the hearing by dialing 888-363-4749, access code 7701720#. Any objections to the Sale Motion must be filed by August 12, 2024.

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By: */s/ Jonathan A. Margolies*
Jonathan A. Margolies, MO #30770 (KS Fed #70693)
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: (816) 421-4460
F: (816) 474-3447
jmargolies@sb-kc.com
*ATTORNEYS FOR LODGING ENTERPRISES, LLC*

2152216v1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 31st day of July, 2024, a true and correct copy of the above and foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

              */s/ Jonathan A. Margolies*
              Attorney for Debtor