**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**TOPEKA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| LODGING ENTERPRISES, LLC, | ) | |
| | ) | Case No. 24-40423 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OBJECTION DEADLINE**
**ON AHIP'S MOTION FOR AN ORDER (1) CONFIRMING THAT AHIP'S**
**AMENDED PROOFS OF CLAIM WERE VALIDLY FILED, OR, IN THE**
**ALTERNATIVE, (2) NUNC PRO TUNC TO AMEND PROOFS OF CLAIMS**

YOU ARE HEREBY NOTIFIED that if no objection to AHIP's Motion for an Order (1) Confirming that AHIP's Amended Proofs of Claim Were Validly Filed, or, in the Alternative, (2) *Nunc Pro Tunc* to Amend Proof of Claims [Doc# 311] (the "Motion") is filed in writing with the Clerk of the Bankruptcy Court by November 11, 2024, that the Motion will be granted by entry of an Order to be prepared and submitted by counsel for movant.

If written objection is timely filed with the Clerk of the Bankruptcy Court, the matter will be heard November 19, 2024, at 9:30 a.m.

A Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

1

FOULSTON SIEFKIN LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
316.291.9518 Telephone
316.267.6345 Facsimile
swead@foulston.com

*/s/ Shannon D. Wead*
Shannon D. Wead, #18301
*Attorneys for American Hel Income Properties*
*REIT, Inc, and AHIP Cargo Enterprises, LLC*

Benjamin W. Reeves (admitted pro hac vice)
SNELL AND WILMER, LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602-382-6000
Facsimile: 602-382-6070
breeves@swlaw.com
*Attorney for American Hotel Income Properties*
*REIT Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 6, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Shannon D. Wead*
Shannon D. Wead, #18301